UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JENNY GEORGINA ROJAS,

                Plaintiff,                24 **CIVIL** 0189 (OTW)

    -v-                                  **<u>JUDGMENT</u>**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 5, 2024, that the action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
          September 05, 2024

                                                          **DANIEL ORTIZ**
                                                     **Acting Clerk of Court**

                                **BY:**
                                                   **Deputy Clerk**